UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES DUBOIS,

        Plaintiff,                        Case No. 2:08-cv-11055

vs.                                          Hon. Patrick J. Duggan

DETROIT POLICE OFFICER RANDALL,
DETROIT POLICE OFFICER DUBOSE, &
DETROIT POLICE OFFICER THOMPSON,

        Defendants.
_____/

DRAZIN & ROMANO, P.L.L.C.
BY: DANIEL G. ROMANO (P49117)
Attorney for Plaintiff
2000 Town Center, Suite 900
Southfield, Michigan 48075
248-746-4594 / fax 248-936-2105
danr@drazinpc.com

CITY OF DETROIT LAW DEPARTMENT
BY: YUVONNE R. BRADLEY (P54885)
Attorney for Defendant, Officer Thompson
660 Woodward Avenue, Suite 1650
Detroit, Michigan 48226
(313) 237-5051
brady@law.ci.detroit.mi.us_____/

**EX-PARTE ORDER FOR SUBSTITUTED SERVICE**

    At a session of the United States District Court, Eastern
    District, Southern Division, held in the City of, State of
    Michigan, on April 9, 2008.

       PRESENT: The Hon. Patrick J. Duggan

   The above-entitled matter having come before the Court pursuant to Plaintiff's Ex-Parte

Motion for Substituted Service as to Defendant, DETROIT POLICE OFFICER RANDALL, and

the Court having read the pleadings and being otherwise duly advised in the premises;

1

**IT IS HEREBY ORDERED AND ADJUDGED** that service of the Summons and Complaint and a copy of this Order be made by the following method(s)

    a.    By first class and certified mail (return receipt requested) to Defendant DETROIT POLICE OFFICER RANDALL, by mailing a copy of the Summons and Complaint upon Defendant at the City of Detroit;

    b.    By serving a copy of the Summons and Complaint upon Defendant at the City of Detroit;

    c.    By mailing a copy of the Summons and Complaint by first class and certified return receipt requested mail to Defendant's employer the Detroit Police Department located at 5100 E. Nevada, Detroit, MI. 48226;

    d.    By serving a copy of the Summons and Complaint upon the Defendant's employer Detroit Police Department, 5100 E. Nevada, Detroit, MI. 48226;

    e.    By serving a copy of the Summons and Complaint to Defendant's Shift Supervisor and/or Commander at the Detroit Police Department, 5100 E. Nevada, Detroit, MI. 48226;

    f.    For each method used, proof of service must be filed promptly with the Court;

    g.    Defendant shall have twenty-eight (28) days from the date of service in which to plead.

                        S/Patrick J. Duggan
                        Patrick J. Duggan
                        United States District Judge

Dated: April 9, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on April 9, 2008, by electronic and/or ordinary mail.
                        S/Marilyn Orem
                        Case Manager