UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES DUBOIS,

        Plaintiff,                                    Case No. 2:08-cv-11055

vs.                                                    Hon. Patrick J. Duggan

DETROIT POLICE OFFICER RANDALL,
DETROIT POLICE OFFICER DUBOSE, &
DETROIT POLICE OFFICER THOMPSON,

        Defendants.
_____/
DRAZIN & ROMANO, P.L.L.C.
BY: DANIEL G. ROMANO (P49117)
Attorney for Plaintiff
2000 Town Center, Suite 900
Southfield, Michigan 48075
248-746-4594 / fax 248-936-2105
danr@drazinpc.com

CITY OF DETROIT LAW DEPARTMENT
BY: YUVONNE R. BRADLEY (P54885)
Attorney for Defendant, Officer Thompson
660 Woodward Avenue, Suite 1650
Detroit, Michigan 48226
(313) 237-5051
brady@law.ci.detroit.mi.us_____/

**EX-PARTE AMENDED ORDER FOR SUBSTITUTED SERVICE**

      At a session of the United States District Court, Eastern
      District, Southern Division, held in the City of, State of
      Michigan, on April 10, 2008.

      PRESENT: The Hon. Patrick J. Duggan

The above-entitled matter having come before the Court pursuant to Plaintiff's Ex-Parte Motion for Substituted Service as to Defendant, DETROIT POLICE OFFICER RANDALL, and the Court having read the pleadings and being otherwise duly advised in the premises;

**IT IS HEREBY ORDERED AND ADJUDGED** that service of the Summons and Complaint and a copy of this Order be made by any of the following method(s)

- a. By first class and certified mail (return receipt requested) to Defendant DETROIT POLICE OFFICER RANDALL, by mailing a copy of the Summons and Complaint upon Defendant at the City of Detroit;

- b. By serving a copy of the Summons and Complaint to the City of Detroit;

- c. By mailing a copy of the Summons and Complaint by first class and certified return receipt requested mail to Defendant's employer the Detroit Police Department located at 5100 E. Nevada, Detroit, MI. 48226;

- d. By serving a copy of the Summons and Complaint upon the Defendant's employer Detroit Police Department, 5100 E. Nevada, Detroit, MI. 48226;

- e. By serving a copy of the Summons and Complaint to Defendant's Shift Supervisor and/or Commander at the Detroit Police Department, 5100 E. Nevada, Detroit, MI. 48226;

- f. For each method used, proof of service must be filed promptly with the Court;

- g. Defendant shall have twenty-eight (28) days from the date of service in which to plead.

s/Patrick J. Duggan
Patrick J. Duggan
United States District Judge

Dated: April 10, 2008
I hereby certify that a copy of the foregoing document was served upon counsel of record on April 10, 2008, by electronic and/or ordinary mail.

s/Marilyn Orem
Case Manager