UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**JAMES DUBOIS,**

     Plaintiff,

USDC CASE NO: 2:08-cv-11055
HON. Patrick J. Duggan
Magistrate: Michael J. Hluchaniuk

vs.

**DETROIT POLICE OFFICER RANDALL,
DETROIT POLICE OFFICER DUBOSE &
DETROIT POLICE OFFICER THOMPSON,**

     Defendants.
_____/

## STIPULATION AND ORDER DISMISSING CASE

     The parties in the above-entitled cause by their respective attorneys, hereby stipulate and agree that they have reached a proposed settlement that is currently awaiting approval by the Detroit City Council. The parties further stipulate that an Order be entered forthwith removing this matter from the Court's trial docket and/or dismissing the said cause.  The parties further stipulate that the Court shall maintain jurisdiction in the event of the need for Court intervention.

s/Daniel G. Romano (signed with consent)
DANIEL G. ROMANO
Attorney for Plaintiff
2000 Town Center, Suite 900
Southfield, MI 48075
(248) 746-4594
(P-49117)

s/Yuvonne R. Bradley
**YUVONNE R. BRADLEY**
CITY OF DETROIT LAW DEPARTMENT
Attorney for Defendants
660 Woodward Avenue, Suite 1650
Detroit, MI  48226
(313) 237-5051
Brady@law.ci.detroit.mi.us
(P-54885)

K:\DOCS\LIT\BRADY\A37000\ORDER\YB4221.WPD

## **ORDER TO DISMISS CAUSE**

At a session of the said Court held in the Courthouse, City of Detroit, County of Wayne, Michigan on  January 7, 2009.

Present: Honorable  Patrick J. Duggan
U.S. District Court Judge

Upon the reading and filing of the stipulation annexed hereto, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that the within cause be removed from the trial docket and be dismissed without prejudice and without costs or fees awarded to either party pending determination by the Detroit City Counsel.  In the event Court intervention is necessary, either party may motion for reopening.


S/Patrick J. Duggan
Patrick J. Duggan
United States District Judge

Dated:  January 7, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on January 7, 2009, by electronic and/or ordinary mail.

S/Marilyn Orem
Case Manager

K:\DOCS\LIT\BRADY\A37000\ORDER\YB4221.WPD